# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID A. JOHNSON, | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action |
| v. | : | |
| | : | Nos. 90-7003 & 95-6014 |
| DONALD VAUGHN, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## ORDER

AND NOW, this 12th day of July, 2024, upon consideration of Petitioner's Motion for Relief (ECF No. 16),[1] and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**

---

[1] All CM/ECF references refer to documents docketed at 90-cv-7003-JMY unless otherwise noted. When applicable, the Court adopts the pagination supplied by the CM/ECF docketing system, which does not always match the document's internal pagination.